

**Joseph & Norinsberg**
Fighting for Employee Justice

| | | |
|---|---|---|
| **Downtown Manhattan Office**<br>One World Trade Center, 85th Floor<br>New York, New York 10007 | **Midtown Manhattan Office**<br>825 Third Avenue, Suite 2100<br>New York, New York 10022 | **Newark Office**<br>One Gateway Center, Suite 2600<br>Newark, New Jersey 07102 |
| **Philadelphia Office**<br>1650 Market Street, Suite 3600<br>Philadelphia, Pennsylvania 19103 | **Boston Office**<br>225 Franklin Street, 26th Floor<br>Boston, Massachusetts 02110 | **Orlando Office**<br>300 N. New York Avenue, Suite 832<br>Winter Park, Florida 32790 |

May 18, 2026

*Via ECF*
Hon. Lewis J. Liman
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  Butler v. Co-Exist Nutrition
26 CV 1794

Dear Judge Liman:

We represent the Plaintiff in this action.   An initial conference has been scheduled for May 27, 2026, and we respectfully request an adjournment to a date in late June.

We have been in touch with the principal for the Defendant, with whom we have shared this Court's order calling for the conference.    He advises us that he does not plan to hire an attorney and apparently has no interest in defending this case.   While his website is at this moment not functioning, he advises me that he plans to open it again soon and the site was functional at the time of the relevant facts of this case.

We do not believe that the Defendant, without counsel, will be able to cooperate in drafting a case management plan.   We also would like to advise the Defendant that if he does default, a default judgment could be issued against him and this Court could issue a remediation plan not to his liking.

Consequently, we respectfully request that this conference scheduled for May 27, 2026 be

adjourned to see if we can obtain any more positive communication from the Defendant.

                                                                              Sincerely,
                                                                              /s/ Robert L. Schonfeld
                                                                              Robert L.Schonfeld, Esq.


Cc:  Marco Borges
        The request is GRANTED.

        The initial pretrial conference scheduled for May 27, 2026, is ADJOURNED to July 1,
        2026, at 11:00 AM.  Parties are directed to dial into the Court's teleconference number at
        646-453-4442, Conference ID# 358639322, and follow the necessary prompts.

        The Clerk of Court is respectfully directed to close Dkt. No. 8.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

May 22, 2026